1763.

## PRICE *versus* WATKINS.

SPECIAL Verdict. The Question arose on thefe Words of a Will.—" *Item* my Will is that *after my Wife Ruth Price's* " *Deceafe*, or if fhe fhall alter her Condition and marry, then in fuch " Cafe I devife and bequeath unto my loving Friends I. W. and " M. K. or to any one of them, in cafe the other fhould die, in, " Truft and for the Intent to fell and convey all that Meffuage &c. " to any Perfon or Perfons that fhall purchafe the fame, and the " Money arifing from the Sale of the Premifes fhall be divided be- " tween my Children herein after named, when they attain feve- " rally to the Age of 21 Years or be married, which fhall firft hap- " pen." *Samuel Price* one of the Children attained the Age of 21 Years and married, and afterwards died inteftate and without iffue, *in the life Time of the Teftator's Widow Ruth Price*, who did never marry again. Then the Widow died, and after her Death the Truftees fold, and the Adminiftratrix of *Samuel* brings this Suit for *Samuel's* proportionable part of the Money arifing from the Sale of the Houfe. And the Queftion was, whether this was a vefted Legacy to *Samuel*, or whether it was lapfed by his dying before the Truftees had power to fell, to wit, in the life Time of the Teftator's Widow.

For the Plaintiff it was urged, that Land ordered to be fold and converted into Money, was to be confidered as perfonal Eftate. That this Land was to be fold at all Events, fo there was no Contingency. That both Events to make a vefting in *Samuel* had happened, to wit, attaining the Age of 21 and marrying; and that this Cafe was exactly fimilar to the Cafe of *King* verfus *Wilkes. Talbot's Cafes* 117. Befides which many other Cafes were cited for the Plaintiff viz. 2 *Vern.* 536. 1 *Peer Williams* 109. 2 *Peer Williams* 320. 2 *Ab. Ca. Eq.* 548. 2 *Vent.* 347. 2 *Vern.* 758. 766. 4 *Bac. Ab.* 308. 2 *Vent.* 366. 2 *Vern.* 72. 348. 424. 2 *Ab. Ca. Eq.* 654.

For the Defendant it was faid, that in Legacies to be raifed out of Land, the Time of *Payment* is the Time of *vefting*. That in this Cafe the Land could not be confidered as perfonal Eftate, till the Truftees had power to fell it, which was not till after the Widow's Death, and that *Samuel* dying before, his Legacy was lapfed and would merge for the Benefit of the Heirs. And the Cafe of *Oads* and *Ferry* was much relied on, *Vin. Devife* 383. The other Cafes cited for the Defendant were 2d *Vern.* 92. 416. 208. 2 *Peere Williams* 276. 610. 484. 3 *Peere Williams* 20.

BUT THE COURT were clearly of Opinion, that it was a *vefted* Legacy, and Judgment was given for the Plaintiff.